Kevin P. Shepherd #19947
RALSTON, POPE & DIEHL, LLC
2913 SW Maupin Lane
Topeka, KS 66614
Ph. (785) 273-8002
Fax (785) 273-0744
kevinshepherd@ralstonpope.com
*Attorney for the Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANA MARISCAL, individually, and for and on behalf of all other Surviving Heirs-at-Law of GERMAN L. CLERICI, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No._____ |
| KRISTOPHER THOMAS VALADEZ, JR, CANDACE MARIE VALADEZ (f/k/a JONES), and CHRISTOPHER LEE MUSSELMAN, ) ) ) ) ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW the Plaintiff, ANA MARISCAL, individually, and for and on behalf all of the surviving Heirs-at-Law of GERMAN L. CLERICI, deceased, and for her causes of action against the Defendants alleges and states as follows:

**I.    THE PARTIES**

1. The Plaintiff, Ana Mariscal, is a citizen, domiciliary, and resident of the State of Florida.

2. German L. Clerici, deceased, was born in 1990, and died on or about January 31, 2010, at the residence of Defendants Kristopher Thomas Valadez, Jr., and Candace Marie Valadez (formerly known as Jones) at 1820 South Elpyco Street in Wichita, Sedgwick County, Kansas, 67218.

Page 1 of 17

3. The Plaintiff is the surviving mother of German L. Clerici, deceased.

4. The Plaintiff, individually, and for and on behalf of the surviving heirs at law of German L. Clerici, deceased, brings this action for the wrongful death of German L. Clerici, deceased, pursuant to the provisions of K.S.A. § 60-1901, *et seq*.

5. Defendant Kristopher Thomas Valadez, Jr., is a citizen, domiciliary, and resident of Labette County, Kansas, and may be personally served with Summons at the El Dorado Correctional Facility, Southeast Medium Satellite Unit, located at 2501 W. 7th Street, Oswego, Labette County, Kansas, 67356, where he is presently incarcerated pursuant to a criminal sentence imposed in Sedgwick County Case. No. 2022-CR-1075. Defendant Kristopher Thomas Valadez Jr. may also be served with Summons through Warden Tommy Williams at the El Dorado Correctional Facility, 1737 US-54, P.O Box 311, El Dorado, Kansas, 67042.

6. Defendant Candance Marie Valadez (formerly known as Jones) is a citizen, domiciliary, and resident of South Carolina with a current and correct residential address of 19 Tea Olive Pl., Simpsonville, SC, 29680. That process and service of process is requested upon said Defendant by serving her at the above stated address.

7. Defendant Christopher Lee Musselman is a citizen, domiciliary, and resident of Oklahoma with a current and correct residential address of 1921 N. 7th Street, Ponca City, OK, 74601. That process and service of process is requested upon said Defendant by serving him at the above stated address.

II. **JURISDICTION AND VENUE**

8. Plaintiff adopts and incorporates by reference paragraphs 1 through 7 of her Complaint as if fully set forth herein.

9. This court has proper subject matter jurisdiction over the claims asserted by the Plaintiff herein under 28 U.S.C. §§ 1332 by reason of complete diversity jurisdiction between the parties and the amount in controversy exceeds $75,000.00.

10. This court has jurisdiction over the Defendants because the incidents and unlawful acts giving rise to these claims occurred in Sedgwick County, Kansas, and Butler County, Kansas, which lie in the District of Kansas.

11. Venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(2).

### III.     FACTS COMMON TO ALL COUNTS

12. Plaintiff adopts and incorporates by reference paragraphs 1 through 11 of her Complaint as if fully set forth herein.

13. On or about February 1, 2010, Plaintiff Ana Mariscal reported her son, German L. Clerici, missing to the Wichita Police Department.  Plaintiff Ana Mariscal had not heard from her son since January 29, 2010, and he did not show for his scheduled college classes on February 1, 2010.

14. German L. Clerici's vehicle, a maroon 1990 Toyota Celica, was also reported missing.

15. On February 6, 2010, a resident of a rural property in Butler County, Kansas, found the dead body of German L. Clerici laying in a creek.  The Butler County Sheriff's Office and EMS confirmed the identity of the deceased body as German L. Clerici.

16. A coroner examined German L. Clerici, deceased, and determined that he died from a single gunshot wound to the face, which was fired from a close range.

17. In 2010, after the body was found, law enforcement investigators interviewed several family members and close friends of German L. Clerici, deceased.

18. Law enforcement identified the Defendant Kristopher Thomas Valadez, Jr., as a close friend to German L. Clerici, deceased.  Defendant Kristopher Thomas Valdez, Jr., denied knowing the whereabouts of German L. Clerici, deceased.  Defendant told law enforcement that he and live-in girlfriend, Defendant Candace Marie Valadez (formerly known as Jones), were trying to find German L. Clerici, deceased, when they heard reports of him missing.

19. Law enforcement identified Defendant Christopher Lee Musselman as a close friend to German L. Clerici, deceased.  Defendant Christopher Lee Musselman denied knowing the whereabouts of German L. Clerici, deceased.  Defendant Musselman told law enforcement that he last saw German L. Clerici, deceased at a friend's house.  Defendant Musselman stated to law enforcement that German L. Clerici, deceased, left the friend's house alive with two (2) other people.

20. On June 8, 2010, law enforcement investigators located the maroon 1990 Toyota Celica belonging to German L. Clerici, deceased.  The vehicle was parked along the street on a block close to Wichita State University in Wichita, Kansas.  Interviews with witnesses indicated to investigators that the vehicle had not been moved in months.  Property belonging to German L. Clerici, deceased, was found inside the vehicle.

21. Finding no further leads, law enforcement's investigation into the death of German L. Clerici, deceased, went cold.

22. In July 2021, the Butler County Sheriff's Office reopened the homicide investigation of German L. Clerici, deceased.  Several friends and close associates of German L. Clerici, deceased, were interviewed.  A witness came forward and reported he received information from the persons responsible for the death of German L. Clerici, deceased.

23. The witness that came forward told investigators that Defendant Kristopher Thomas Valadez, Jr., admitted he shot and killed German L. Clerici, deceased, while they were at his house on 1820 South Elpyco Street in Wichita, Sedgwick County, Kansas 67218.  The witness stated that Defendant Candace Marie Valadez and Defendant Christopher Lee Musselman admitted to being present at the time that German L. Clerici, deceased, was shot and killed. The witness stated that all three (3) defendants admitted to disposing of the body of German L. Clerici, deceased, in Butler County, Kansas.  All three (3) defendants admitted to destroying all evidence related to the shooting and killing of German L. Clerici, deceased, to conceal the crime.

24. At or around this time, investigators located Defendant Christopher Lee Musselman in Ponca City, Oklahoma, and attempted to coordinate an interview regarding the homicide investigation of German L. Clerici.  Through counsel, Defendant Christopher Lee Musselman advised investigators that he had information but would only speak with law enforcement about the Clerici homicide if granted full immunity from prosecution by the Butler County Attorney's Office and the Sedgwick County Attorney's Office.

25.  Both prosecuting attorneys provided immunity to Defendant Christopher Lee Musselman. A full interview was conducted with law enforcement investigators and Defendant Christopher Lee Musselman.

26. During this interview, Defendant Christopher Lee Musselman admitted he lied to investigators in 2010; he then described in detail about witnessing Defendant Kristopher Thomas Valadez, Jr., kill German L. Clerici, deceased, while in the bedroom of the house rented by Defendant Kristopher Thomas Valadez, Jr., and Defendant Candace Marie

Valadez (formerly known as Jones) at 1820 South Elpyco Street in Wichita, Sedgwick County, Kansas 67218.

27. Defendant Musselman stated to investigators that Defendant Kristopher Thomas Valadez, Jr., and German L. Clerici, deceased, were passing a firearm back and forth when Defendant Kristopher Thomas Valadez, Jr., accidentally fired the gun and shot German L. Clerici, deceased, in the face.

28. Defendant Musselman stated to investigators that they were smoking marijuana and ingesting other mind-altering substances shortly before Defendant Kristopher Thomas Valadez, Jr., discharged the firearm and killed German. L. Clerici, deceased.

29. Defendant Musselman stated to investigators that all three (3) defendants agreed not to contact the police.  Defendant Musselman stated to investigators that all three (3) defendants worked together to dispose of the body, clean up the house, destroy evidence, and conceal the homicide.

30. Defendant Musselman described to investigators about dumping the body of German L. Clerici, deceased, over the edge of a bridge in rural Butler County, Kansas.  Defendant Musselman also described to investigators that they drove the vehicle belonging to German L. Clerici, deceased, to a location in Wichita to conceal that Clerici had been at the house rented by Defendant Kristopher Thomas Valadez, Jr., and Candace Marie Valadez (formerly known as Jones) at 1820 South Elpyco Street in Wichita, Sedgwick County, Kansas 67218.

31. Defendant Musselman described to investigators that all three (3) defendants scrubbed the house with cleaning agents to get rid of blood, painted the walls, and later burned the bed,

sheets, and other materials related to the homicide at a rural residence belonging to a relative of Defendant Candace Marie Valadez (formerly known as Jones).

32. Law enforcement investigators interviewed several other persons connected to all three (3) defendants and German L. Clerici, deceased, to corroborate Defendant Christopher Lee Musselman's account of the events relating to Clerici's homicide.  Law enforcement investigators searched the house rented by Defendant Kristopher Thomas Valadez, Jr., and Candace Marie Valadez (formerly known as Jones) at 1820 South Elpyco Street in Wichita, Sedgwick County, Kansas 67218 and found corroborating evidence.  Law enforcement investigators also found a witness that assisted in disposing/destroying the firearm used by Defendant Kristopher Thomas Valadez to shoot and kill German L. Clerici, deceased.

33. Law enforcement investigators learned in 2022 that Defendants Kristopher Thomas Valadez, Jr., and Candace Marie Valadez were married and resided together in Simpsonville, South Carolina.

34. On July 25, 2022, the State of Kansas filed criminal charges against Defendant Kristopher Thomas Valadez, Jr., in Sedgwick County District Court Case No. 2022-CR-001075.  The State also filed criminal charges against Defendant Candace Marie Valadez in Sedgwick County District Court Case No. 2022-CR-001074.

35. On July 30, 2022, Defendants Kristopher Thomas Valadez, Jr., and Candace Marie Valadez were taken into custody in Simpsonville, South Carolina.

36. On August 11, 2022, Defendants Kristopher Thomas Valadez, Jr., and Candace Marie Valadez appeared for a First Appearance in Sedgwick County District Court for their respective criminal cases.

37. On June 16, 2023, Defendants Kristopher Thomas Valadez, Jr., and Candace Marie Valadez waived their statutory right to a preliminary hearing and arraignment. No plea was entered at this hearing.

38. On December 1, 2023, Defendant Kristopher Thomas Valadez, Jr., entered guilty pleas to four (4) felony charges - Involuntary (Reckless) Manslaughter, two (2) counts of Criminal Threat, and Obstructing Legal Process or Official Duty. At the plea hearing, the facts of the killing of German L. Clerici, deceased, and the subsequent cover-up, were finally admitted publicly by Defendant Kristopher Thomas Valadez, Jr. On January 19, 2024, the Sedgwick County District Court sentenced Defendant Kristopher Thomas Valadez, Jr., to 32 months' imprisonment.

39. On February 2, 2023, Defendant Candace Marie Valadez entered a plea of guilty to a reduced misdemeanor charge of Obstructing Legal Process or Official Duty. The Sedgwick County District Court sentenced Defendant Candace Marie Valadez to time served.

40. As a direct and proximate result of the Defendant Kristopher Thomas Valadez Jr.'s negligent and/or reckless actions, German L. Clerici, deceased, lost his life, and the Plaintiff lost her son.

41. As a direct and proximate result of all three (3) Defendants' fraudulent conduct and concealment of the killing of German L. Clerici, deceased, the Plaintiff suffered damages, including, but not limited to, the mental anguish and bereavement in not having closure or a legal remedy to pursue Defendants for their malfeasance and tortious conduct.

## COUNT I: CULPABLE RECKLESS HOMICIDE/WRONGFUL DEATH
**Defendant Kristopher Thomas Valadez, Jr.**

42. Plaintiff adopts and incorporates by reference paragraphs 1 through 41 of her Complaint as if fully set forth herein.

43. Defendant Kristopher Thomas Valadez, Jr.'s unlawful actions in shooting German L. Clerici, deceased, in the face with a firearm and causing his death are sufficient to constitute the unprivileged and reckless and/or negligent homicide of German L. Clerici, deceased.

44. Defendant Kristopher Thomas Valadez Jr.'s killing of the Plaintiff's son, German L. Clerici, deceased, caused great harm to the Plaintiff and the surviving heirs at law of German L. Clerici, deceased.

45. As a result of the Defendant Kristopher Thomas Valadez, Jr.'s reckless/negligent acts and the general fault of Defendant Kristopher Thomas Valadez, Jr., which caused the wrongful death of German L. Clerici, deceased, on or about January 31, 2010, Plaintiff Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased, have been made to sustain and suffer damages which include, but are not limited to mental anguish, suffering, bereavement, loss of society, loss of comfort, loss of companionship, loss of income, loss of services, loss of attention, loss of filial care, loss of protection, funeral expenses, and all other elements of damages as permitted by K.S.A. 60-1901, *et seq*.

46. Due to Defendant Kristopher Thomas Valadez, Jr.'s fraudulent conduct in concealing his role in killing German L. Clerici, deceased, destroying evidence, lying to law enforcement investigators, lying to the Plaintiff, and covering-up the crime, the statutory period of limitations and repose are tolled pursuant to *Robinson v. Shah*, 23 Kan. App. 2d 812, 826, 936 P.2d 784 (Kan. Ct. App. 1997).

47. No act or omission on the part of German L. Clerici, deceased, the Plaintiff, and/or the surviving heir-at-law of German L. Clerici, deceased, caused or contributed to cause his wrongful death.

48. Plaintiff is entitled to judgment against Defendant Kristopher Thomas Valadez, Jr., in an amount in excess of $75,000.00 exclusive of interest and costs.

## COUNT II: FRAUDULENT CONCEALMENT
**All Named Defendants**

49. Plaintiff adopts and incorporates by reference paragraphs 1 through 48 of her Complaint as if fully set forth herein.

50. All three (3) defendants intentionally, and with knowledge that their statements were untrue, took active steps to conceal their involvement in the wrongful and unlawful homicide of German L. Clerici, deceased, with the express intent to deceive both the Plaintiff and law enforcement  All three (3) Defendants perpetually lied to the Plaintiff and law enforcement investigators over the course of several years to continue the concealment of their knowledge and involvement regarding the shooting and killing of German L. Clerici, deceased, on or about January 31, 2022.

51. All three (3) defendants had a legal and/or equitable duty to communicate their involvement in the Clerici homicide and/or the cover-up of Cleric homicide to the Plaintiff and law enforcement.  Their failure to do so constitutes fraud and/or fraudulent concealment.

52. Plaintiff and the surviving heirs at law of German L. Clerici, deceased, detrimentally relied on all three (3) defendants' lies and concealment regarding their knowledge and involvement of the shooting and killing of German L. Clerici, deceased, on or about

January 31, 2022, in not bringing forth an action to recover damages within the statutory period of limitations.

53. As a result of the named Defendants intentional, unlawful, and fraudulent concealment of their role and involvement in the unprivileged and reckless and/or negligent homicide of German L. Clerici, deceased, the Plaintiff Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased, have been made to sustain and suffer damages which include, but are not limited to mental anguish, suffering, bereavement, loss of society, loss of comfort, loss of companionship, loss of income, loss of services, loss of attention, loss of filial care, loss of protection, funeral expenses and all other elements of damages as permitted by K.S.A. § 60-1901, *et seq*.

54. Due to the named Defendants fraudulent conduct in concealing their role in killing German L. Clerici, deceased, destroying evidence, lying to law enforcement investigators, lying to the Plaintiff, and covering-up the crime, the statutory period of limitations and repose are tolled pursuant to *Robinson v. Shah*, 23 Kan. App. 2d 812, 826, 936 P.2d 784 (Kan. Ct. App. 1997).

55. Plaintiff is entitled to punitive damages for the named Defendants' unlawful and intentional acts.

56. Plaintiff is entitled to judgment against the named Defendants in an amount in excess of $75,000.00 exclusive of interest and costs.

### COUNT III: CIVIL CONSPIRACY
### All Named Defendants

57. Plaintiff adopts and incorporates by reference paragraphs 1 through 56 of her Complaint as if fully set forth herein.

58. All named Defendants, collectively or jointly, have together in concert conspired to commit the foregoing torts and actions alleged in this Complaint.

59. All named Defendants sought to accomplish the objective of concealing the unlawful homicide of German L. Clerici, deceased, to Plaintiff Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased.

60. All named Defendants had a meeting of the minds in their objective when they coordinated together to defraud Plaintiff Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased, regarding their involvement in the unlawful homicide of German L. Clerici, deceased, through the subsequent cover-up.

61. All named Defendants committed the aforementioned wrongful acts in furtherance of the unlawful objectives they sought to obtain.

62. All named Defendants' unlawful conspiracy and the acts surrounding it caused Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased, to suffer financial loss, and emotional distress.

63. As a result of the named Defendants intentional and unlawful fraudulent concealment of their role and involvement in the unprivileged and reckless and/or negligent homicide of German L. Clerici, deceased, the Plaintiff Ana Mariscal and the other surviving heirs-at-law of German L. Clerici, deceased, have been made to sustain and suffer damages which include, but are not limited to mental anguish, suffering, bereavement, loss of society, loss of comfort, loss of companionship, loss of income, loss of services, loss of attention, loss of filial care, loss of protection, funeral expenses and all other elements of damages as permitted by K.S.A. 60-1901, *et seq*.

64. Due to the named Defendants fraudulent conduct in concealing their role in killing German L. Clerici, deceased, destroying evidence, lying to law enforcement investigators, lying to the Plaintiff, and covering-up the crime, the statutory period of limitations and repose are tolled pursuant to *Robinson v. Shah*, 23 Kan. App. 2d 812, 826, 936 P.2d 784 (Kan. Ct. App. 1997).

65. Plaintiff is entitled to punitive damages for the named Defendants' unlawful and intentional acts.

66. Plaintiff is entitled to judgment against the named Defendants in an amount in excess of $75,000.00 exclusive of interest and costs.

WHEREFORE AND BY REASON OF THE ABOVE AND FOREGOING Plaintiff respectfully requests the Court enter judgment in favor of the Plaintiff and against the Defendants in an amount in excess of $75,000.00 exclusive of interest and such other and further relief as the Court deems just and equitable.

Respectfully Submitted By:

*/s/Kevin P. Shepherd*
Ronald P. Pope, #11913
Kevin P. Shepherd, #19947
RALSTON, POPE & DIEHL, LLC
2913 SW Maupin Lane
Topeka, Kansas 66614
Phone: (785) 273-8002
Fax: (785) 273-0744
kevinshepherd@ralstonpope.com
*Attorney for the Plaintiff*

## **REQUEST FOR TRIAL BY JURY**

COMES NOW the Plaintiff in the above-captioned matter and respectfully requests the Court for a trial by jury on all issues so triable.

                                                   */s/Kevin P. Shepherd*_____
                                                 Kevin P. Shepherd, #19947
                                                 RALSTON, POPE & DIEHL, LLC
                                                 2913 SW Maupin Lane
                                                 Topeka, Kansas 66614
                                                 Phone: (785) 273-8002
                                                 Fax: (785) 273-0744
                                                 kevinshepherd@ralstonpope.com
                                                 *Attorney for the Plaintiff*