IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANA MARISCAL, individually, and for and on behalf of all other surviving heirs at law of GERMAN L. CLERICI, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 24-4069-KHV |
| KRISTOPHER THOMAS VALADEZ, JR., CANDACE MARIE VALADEZ (f/k/a JONES), and CHRISTOPHER LEE MUSSELMAN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion For Default Judgment Against Defendant Christopher Lee Musselman (Doc. #38) filed April 23, 2025, which the Court construes as a motion for entry of default. For reasons stated below, the Court sustains plaintiff's motion.

Plaintiff asks the Court to enter default judgment against Christopher Lee Musselman for his failure to timely answer the complaint. Plaintiff may not proceed directly to default judgment, however, before receiving an entry of default. Rule 55 contemplates a two-step process by which a party first receives an entry of default under Rule 55(a) and then applies for default judgment under Rule 55(b). Fed. R. Civ. P. 55. Because plaintiff cannot proceed directly to default judgment, the Court construes her motion as one for entry of default rather than one for default judgment.

On August 15, 2024, plaintiff effected service upon Christopher Lee Musselman. Pursuant to Rule 12(a)(1)(A)(i), Fed. R. Civ. P., defendant had 21 days, or until September 5, 2024, to file an answer or otherwise respond to plaintiff's claims. Defendant has not done so. Because

-2-

defendant has failed to plead or otherwise defend the claims, plaintiff is entitled to an entry of default under Rule 55(a).

**IT IS THEREFORE ORDERED** that <u>Plaintiff's Motion For Default Judgment Against Defendant Christopher Lee Musselman</u> (Doc. #38) filed April 23, 2025, which the Court construes as a motion for entry of default, is **SUSTAINED**.  **The Court directs the Clerk to enter default against defendant Christopher Lee Musselman on the claims set forth in plaintiff's complaint.**

**IT IS SO ORDERED**.

Dated this 10th day of June, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge
